UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKHIL SHAH,

Plaintiff,

-against-

THE ASIA SOCIETY,

Defendant.

26-CV-10006 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action asserting claims of employment discrimination against Defendant. The Court dismisses the complaint for the following reasons.

Plaintiff previously submitted to this court an identical complaint against Defendant. That action is pending. *See Shah v. Asia Soc'y*, No. 26-CV-9903 (UA). As the complaint commencing this action raises the same claims, no useful purpose would be served by litigating this duplicative lawsuit. The Court therefore dismisses this action without prejudice to *Shah*, No. 26-CV-9903 (UA).

**CONCLUSION**

The Court dismisses this action as duplicative of *Shah*, No. 26-CV-9903 (UA).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: November 17, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge