UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKHIL SHAH,

Plaintiff,

-against-

THE ASIA SOCIETY,

Defendant.

26-CV-10006 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued November 17, 2026, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 26-CV-9903 (UA). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 17, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge